**Opinion issued June 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00086-CR

———————————

## EX PARTE QUINCY DESHAN BUTLER

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 06-DCR-044367**

---

## MEMORANDUM OPINION

Appellant Quincy Deshan Butler, acting pro se, attempts to appeal the dismissal of his application for a post-conviction writ of habeas corpus by the Court of Criminal Appeals because he has discharged his sentence. Our Court, however, lacks jurisdiction to review the dismissal of a habeas application by the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a)

(West 2015) ("After final conviction in any felony case, the writ must be made returnable to the Court of Criminal Appeals of Texas at Austin, Texas"); TEX. CONST. art. V, § 5(a) (unless provided otherwise, Court of Criminal Appeals has final appellate jurisdiction in criminal cases). Accordingly, we dismiss the appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).